UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 06-0347M-01 (CR) |
| | : | |
| ERICA JANIFER, | : | VIOLATION: 18 U.S.C. § 656 |
| Defendant. | : | (Bank Embezzlement) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

Between June 1, 2003 and August 11, 2003, in the District of Columbia, defendant **ERICA JANIFER,** being an employee of Wachovia Bank, a National Association, with intent to defraud Wachovia Bank, willfully misapplied, or embezzled, abstracted, or purloined the sum of approximately $28,440.00 of the moneys intrusted to the custody or care of Wachovia Bank in that the defendant, **ERICA JANIFER**, without due authorization, withdrew and transferred said monies from the account of a customer of Wachovia Bank to her own accounts and personal use.

**(Bank Embezzlement,** in violation of l8 U.S.C. § 656)

        KENNETH L. WAINSTEIN
        Attorney of the United States in
        and for the District of Columbia
        D.C. Bar 451-058

By: _____
MICHAEL TRUSCOTT
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., Room 4237
Washington, D.C.  20530
(202) 514-7533