AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

*Erica Janifer*

## WAIVER OF INDICTMENT

CASE NUMBER: *06-266*

FILED
SEP 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, *Erica Janifer*, the above named defendant, who is accused of

*Bank Embezzlement - 18 U.S.C. 656*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on *September 22, 2006* prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                                                                            *Erica Janifer*
                                                                            Defendant

                                                                            *Tony W. M___*
                                                                            Counsel for Defendant

Before *Gladys Kessler*
       Judicial Officer