UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL No.: 06-266 |
| : | |
| : | 18 U.S.C. § 656 |
| ERICA JANIFER, : | (Embezzlement) |
| : | |
| Defendant. : | |
| : | |

**FILED**

SEP 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF OFFENSE

Had this case gone to trial, the United States was prepared to prove beyond a reasonable doubt:

Defendant, ERICA JANIFER, was employed as a Customer Relations Manager by Wachovia Bank, a national association under United States law, in Washington, D.C. Odessa Cropper was a customer of Wachovia Bank between June of 2003 and August of 2003. Ms. Cropper was the owner of several accounts at the bank. At all time relevant to this Statement of Offense, Ms. Cropper was in her mid- to late-eighties.

From on or about June of 2003 through on or about August of 2003, Ms. Cropper routinely went to the Wachovia Bank branch where the defendant, ERICA JANIFER, worked. When Ms. Cropper entered the bank, she would sit at the defendant ERICA JANIFER's desk and conduct various financial transactions with the assistance of the defendant, ERICA JANIFER. Unbeknownst to Ms. Cropper, the defendant, ERICA JANIFER, began a scheme to steal from Wachovia by withdrawing funds from Ms. Cropper's accounts through the use of unauthorized debit memoranda

and electronic transfer. ERICA JANIFER would effectuate these fraudulent transactions by processing the paperwork at a teller's window as Ms. Cropper sat at the defendant's desk. ERICA JANIFER would transfer money from one of Ms. Cropper's accounts to an account owned or otherwise controlled by the defendant. ERICA JANIFER would then return to where Ms. Cropper was sitting and provide to Ms. Cropper with that portion of the money which Ms. Cropper had authorized to be withdrawn from her accounts. The amount of money fraudulently taken from Ms. Cropper's accounts by the defendant, ERICA JANIFER, between June of 2003 and August of 2003 was $28,440.

In August of 2003, following the death of Ms. Cropper, the bank discovered the scheme and sustained a loss as a result of the defendant's conduct. On October 23, 2003, the defendant, ERICA JANIFER, gave a written confession to agents with the United States Secret Service and the Federal Bureau of Investigation wherein she admitted in engaging the above-mentioned scheme.

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Anthony Miles, Esq. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 9/22/06

ERICA JANIFER
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 9/22/06

Anthony Miles
Attorney for Defendant

3