UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 06-266 (GK) |
| ERICA JANIFER, | : |
| Defendant. | : |

**FILED**
SEP 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is hereby this 22nd day of Sept., 2006,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than _Dec. 6_, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than _Dec. 11, 2006_ by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on _Dec. 14, 2006 at 4:15 p.m._

**IT IS SO ORDERED.**

_____
Gladys Kessler
U.S. District Judge