THE HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
DEC 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA : Docket No.: <u>06CR0266</u>

vs.

Erica Janifer           Disclosure Date: November 7, 2006

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Assistant U.S. Attorney**                           **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _Tony W. M____ 11/24/06_
**Defendant      Date**                              **Defense Counsel      Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by November 22, 2006, to U.S. Probation Officer **Sherry Brandon**, telephone number **(202) 565-1327**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT
By: Gennine A. Hagar, Acting Chief
United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

**FILED**

November 24, 2006

DEC 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BY FAX (202) 273-0193**

Ms. Sherry Brandon
United States Probation Officer
3rd & Constitution Ave., N.W.
Washington, D.C. 20001

Re: <u>United States v. Erica Janifer</u> [Cr. No. 06-266 (GK)]

Ms. Brandon:

Attached is the signed Receipt and Acknowledgment in connection with Ms. Janifer's Presentence Report (PSR). The following factual/material inaccuracies exist in the PSR:

-On page 1, my notes reflect that Ms. Janifer's sentencing is at 4:30 rather than at 4:15.

-On page 5, ¶ 17, a two level enhancement under U.S.S.G. § 3A1.1(b)(1) is inapplicable. In considering all relevant conduct in this case, the parties both agreed that the facts of this case does not warrant such an enhancement. <u>See</u> plea agreement.

-On page 5, ¶ 18, a two level enhancement under U.S.S.G. § 3B1.3 is inapplicable. In considering all relevant conduct in this case, the parties both agreed that neither the facts of this case nor Ms. Janifer's position at the bank warrant such an enhancement. <u>See</u> plea agreement.

-On page 5, ¶ 20, due to the above corrections, Ms. Janifer's "Adjusted Offense Level (Subtotal)" is 10 rather than 14.

-On page 5, ¶ 23, due to the above corrections, Ms. Janifer's "Total Offense Level" is 8 rather than 12.

-On page 14, ¶ 84, as discussed above, Ms. Janifer's correct total offense level is 8 and her correct sentencing guideline range is 0-6 months.

-On page 14, ¶ 85, Ms. Janifer's correct zone within the Sentencing Guideline table is Zone A.

-On page 14, ¶ 86, if Ms. Janifer did not enter into a guilty plea, her guideline range would be 6-12 months within Zone B of the Sentencing Guidelines.

-On page 16, ¶ 98, Ms. Janifer's correct guideline fine range is $1,000 to $10,000.

Thank you for your assistance.

Sincerely,

Tony W. Miles
Asst. Federal Public Defender

cc: AUSA Michael Truscott